Thomas Jefferson Cares
375 Redondo Ave, 1048
Long Beach, CA 90814
Tom@TomCares.com

IN PRO PER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| Thomas Jefferson Cares | ) Case No. 4:18-cv-07651-HSG |
|---|---|
| Plaintiff, | ) **PLAINTIFF'S REQUEST TO APPEAR** |
| vs. | ) **TELEPHONICALLY AT CASE** |
| County of San Benito, et al. | ) **MANAGEMENT CONFERENCE** |
| Defendants. | ) **AND [PROPOSED] ORDER** |
| | ) Date: June 25, 2019 |
| | ) Time: 14:00 |
| | ) Judge: Hon. Haywood S. Gilliam, Jr. |
| | ) 1301 Clay St, Oakland, CA |
| | ) Courtroom 2 |

Plaintiff respectfully requests the Court's permission to appear telephonically at the upcoming Case Management Conference. Plaintiff is over 200 miles from the Courthouse, and his physical appearance on that day may be impossible.

I, Thomas Jefferson Cares, verify under the pains and penalties of perjury that the foregoing is true and correct.

DATED: June 20, 2019

/S/ THOMAS JEFFERSON CARES

Thomas Jefferson Cares
In Pro Per

**[PROPOSED]** ORDER

IT IS HEREBY ORDERD that Plaintiff, Thomas Jefferson Cares (in pro per), is permitted to appear by telephone at the Case Management Conference, scheduled for June 25, 2019. Plaintiff shall contact Court Call to make arrangements to appear by telephone. Plaintiff shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: _____6/20/2019_____

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
United States District Court Judge