| | |
|---|---|
| 1 | JON A. HEABERLIN (SBN 199810) |
| | **RANKIN \| STOCK \| HEABERLIN \| ONEAL** |
| 2 | 96 No. Third Street, Suite 500 |
| | San Jose, California 95112-7709 |
| 3 | Telephone : (408) 293-0463 |
| | Facsimile : (408) 293-9514 |
| 4 | Email: jon@rankinstock.com |
| 5 | Attorneys for Defendants |
| | KELLY BURBANK, PAUL GILLIES (erroneously |
| 6 | sued as PAUL GILLES) |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND COURTHOUSE

| | | |
|---|---|---|
| THOMAS JEFFERSON CARES, | ) | Case No. 4:18-cv-07651-HSG |
| Plaintiff, | ) ) | **STIPULATED REQUEST FOR ASSOCIATE COUNSEL TO APPEAR AT CASE MANAGEMENT CONFERENCE FOR DEFENDANTS; TELEPHONIC APPEARANCE BY PLAINTIFF** AND ORDER |
| vs. | ) ) ) | |
| COUNTY OF SAN BENITO, CALIFORNIA; ERIC TRIOLO; KELLY BURBANK; PAUL GILLES, and DARREN THOMPSON, in both personal and official capacity as officers in the San Benito County Sheriff's Department; GREGORY LaFORGE; MITT FRENCH; and DOES 1-100; PATRICK PALACIOS, | ) ) ) ) ) ) ) ) ) ) ) ) | CMC Date: Oct. 22, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2 (4th Floor), Oakland |
| Defendants. | ) ) | |

WHEREAS, on October 15, 2019, the Court set a case management conference for October 22, 2019;

WHEREAS, trial counsel for Defendants Kelly Burbank and Paul Gillies ("Defendants"), Jon A. Heaberlin, is scheduled for a jury trial in the matter of <u>Alphonso v. Hossfeld</u>, Santa Cruz County Case No. 16CV00253, to commence on October 21, 2019, but that trial is currently trailing behind a criminal matter and it is unknown whether Mr. Heaberlin's trial will get out;

WHEREAS Defendants request that if Mr. Heaberlin's Santa Cruz trial goes out, that

his office's Associate Stephanie Davin be permitted to appear at the case management conference on October 22, 2019; Ms. Davin has federal jury trial experience and will be prepared to discuss any relevant issues at the case management conference; and

WHEREAS, Plaintiff Thomas Jefferson Cares is amenable to Ms. Davin appearing, but has requested leave to appear by telephone as he is currently staying more than 200 miles from the Courthouse; Mr. Cares has pledged to locate a proper telephone connection with no background noise and the ability to "mute" his line while his case is not active.

THEREFORE, IT IS HEREBY STIPULATED AMONG THE PARTIES, that:

1. Stephanie Davin, Esq. may appear at the Oct. 22, 2019 case management conference for Defendants; and

2. Plaintiff Thomas Jefferson Cares may appear at the Oct. 22, 2019 case management conference by telephone.

Dated: October 18, 2019              RANKIN | STOCK | HEABERLIN | ONEAL

                                     By: /s/Jon A. Heaberlin
                                         JON A. HEABERLIN
                                         Attorneys for Defendants BURBANK and GILLIES

Dated: October 18, 2019              THOMAS JEFFERSON CARES

                                     By: /s/Thomas Jefferson Cares
                                         THOMAS JEFFERSON CARES
                                         Plaintiff

## **ORDER**

APPLICATION HAVING BEEN MADE, and good case appearing, Stephanie Davin, Esq. may appear at the Oct. 22, 2019 case management conference for Defendants; and Plaintiff Thomas Jefferson Cares may appear at the Oct. 22, 2019 case management

conference by telephone. Mr. Cares shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: 10/21/2019

_Haywood S. Gill, Jr._
JUDGE OF THE UNITED STATES DISTRICT COURT