Thomas Jefferson Cares
375 Redondo Ave, 1048
Long Beach, CA 90814
Tom@TomCares.com

IN PRO PER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Jefferson Cares,<br><br>        Plaintiff,<br><br>vs.<br><br>County of San Benito, et al.<br><br>        Defendants. | Case No. 4:18-cv-07651-HSG<br><br>**MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO 'DEFENDANT'S BRIEF RE: DISMISSAL PENDING PLAINTIFF'S CRIMINAL CASE'; ORDER** |

Plaintiff has, for two weeks, considered and researched his response to defendant's 11/22/19 filing, and feels the need for more time to prepare his response. Therefore, Plaintiff, who is without counsel, respectfully requests that the Court allow him as much time to prepare his response as defendants' counsel had to prepare their brief, **which would equate to <u>December 22, 2019</u>**.

While Plaintiff would have been happy to file his response by December 6, if he felt he could adequately do so in that time, considering the lack of urgency, which the Court acknowledged at the last hearing when deciding to afford defendants' counsel 30 days, and that plaintiff feels the need for more time, it would seem reasonable to grant this extension.

DATED: December 6, 2019

                                                                */S/ THOMAS JEFFERSON CARES*

                                                                Thomas Jefferson Cares
                                                                  In Pro Per

**ORDER**

IT IS HEREBY ORDERD that Plaintiff, Thomas Jefferson Cares (in pro per), may have until December 22, 2019 to file his reply to Defendant's brief, RE: Dismissal Pending Plaintiff's Criminal Case.

DATED: 12/9/2019

_Haywood S. Gilliam Jr._
Haywood S. Gilliam, Jr.
United States District Court Judge